# EXHIBIT 2





Maverik Tank Lacrosse Head